1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8                                     * * * * *

9   RICHARD DEEDS,                      )
                                        )
10                      Plaintiff,      )   3:06-cv-00282-LRH (VPC)
                                        )
11  vs.                                 )   ORDER
                                        )
12  JIM BENEDETTI, et al.,              )
                                        )
13                      Defendants.     )
                                        )
14  _____

15        Before this court is Plaintiff's Petition for Review by District Judge Pursuant to 28 U.S.C.

16  § 636(b)(1)(A) of U.S. Magistrate Judge Order #25 (Doc. #27[1]).

17        It appears that Plaintiff has challenged the Magistrate Judge's Order granting Defendants

18  leave to file *in camera* submission of medical exhibits in support of Defendants' motion to

19  dismiss.  In Plaintiff's petition (Doc. #27) he appears to not fully appreciate the issue before the

20  Magistrate Judge.  As was reflected in the Defendants' motion, the purpose of filing the medical

21  records *in camera* was "not to exclude the Plaintiff from seeing them, but from their becoming

22  public record."  Defendants also indicated that they would make copies of the exhibits available

23  to Plaintiff.

24  ///

25  ///

26  ///

27  ///

28

        [1]  References to (#XX) refer to the court's docket.

1       The Magistrate Judge's Order (Doc. #25) was in accord with the law and clearly not

2 erroneous.  It will, therefore, be sustained.  However, the court clarifies it to require that

3 Defendants provide copies of the records filed *in camera* to the Plaintiff.

4       IT IS SO ORDERED.

5       DATED this 24th day of April, 2007.

6

7

8                             _____

                            LARRY R. HICKS

9                             UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28