FILED ____ ENTERED ____ RECEIVED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 2 6 2007

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| RICHARD DEEDS, | ) | |
| | ) | |
| Plaintiff, | ) | 03:06-CV-00282-LRH-VPC |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| JIM BENEDETTI, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Presently before the court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (# 49[1]) entered on July 26, 2007, recommending that Defendants' Motion to Dismiss (# 21) be granted in part and denied in part.  Plaintiff filed his Objections to Report and Recommendation (# 51) on August 8, 2007, to which Defendants subsequently responded (# 52).

The court has conducted a *de novo* review and has fully considered the objections of Plaintiff, the pleadings and memoranda of the parties, and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1) and Local Rule IB 3-2.  As a result of this review, the court determines that the Magistrate Judge's Report and Recommendation (# 49) should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (# 49) is ADOPTED and ACCEPTED.  Defendant's Motion to Dismiss (# 21) is

---

[1]Refers to the court's docket number.

1   hereby GRANTED in part and DENIED in part.  Defendants' motion is granted as to count II and

2   denied as to count 1.

3            IT IS SO ORDERED.

4            DATED this **26** day of September, 2007.

5

6

7            _____
             LARRY R. HICKS
8            UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                    2