UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

RICHARD DEEDS, )
                                    ) 3:06-cv-00282-LRH-VPC
           Plaintiff, )
                                    ) ORDER
vs. )
                                    )
JIM BENEDETTI, et al., )
                                    )
           Defendants. )

       Before the court is Plaintiff's Objections to Order of U.S. Magistrate Judge (#45[1]), which the court will treat as a motion for review of Magistrate Judge's order. Defendants have responded to Plaintiff's Objections to Order of U.S. Magistrate Judge (#47).

       The Court has conducted its review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) and Local Rule IB 3-1, and concludes that the Magistrate Judge's ruling is neither clearly erroneous nor contrary to law.

       The Magistrate Judge's Order (#43) will, therefore, be sustained and Plaintiff's motion (#45) will be denied.

       IT IS SO ORDERED.

       DATED this 5th day of December, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.