UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

RICHARD DEEDS, )
                Plaintiff, ) 3:06-cv-00282-LRH-VPC
                 )
vs. ) ORDER
                 )
JAMES BENEDETTI, et al., )
                Defendants. )

Before the court is Plaintiff's Motion for Review and Modification by District Court of U.S. Magistrate Judge's Order #76 Denying "Motion for Reinstatement of Action and for Prospective Sanctions for Failure to Produce Documents" (#78[1]),

The Court has conducted its review in this case, has fully considered the Plaintiff's motion, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#76) will, therefore, be sustained and Plaintiff's motion (#78) is denied.

IT IS SO ORDERED.

DATED this 6th day of October, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.