UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | | |
|---|---|---|
| RICHARD DEEDS, | ) | |
| | ) | |
| Plaintiff, | ) | 3:06-cv-00282-LRH (VPC) |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| JIM BENEDETTI, et al., | ) | |
| | ) | |
| Defendants. | ) | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Valerie P. Cooke (#85) entered on April 6, 2009, in which the Magistrate Judge recommends entering an order enforcing the corrected settlement agreement (#80) and dismissing the case with prejudice. No objections were filed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

/ / /

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#85) as follows:

The settlement agreement (#80) is RATIFIED as a binding settlement agreement and defendants are ordered to perform as agreed in the settlement agreement (#80).

Plaintiff's motion to strike fugitive agreement (#82) is DENIED.

This case is DISMISSED with prejudice and the Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED this 5th day of May, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE